AO 91 (Rev. 11/11) Criminal Complaint

United States Courts
Southern District of Texas
FILED

October 28, 2021

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua Wayne Rundle | ) Case No. | **4:21-mj-2302** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/22/2021 through 10/22/2021__ in the county of __Harris__ in the __SOUTHERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Code § 1708 | Theft of stolen mail matter |
| 18 U.S. Code § 1705 | Destruction of letter boxes or mail |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Lauren Brister, Postal Inspector
*Printed name and title*

Sworn to before me telephonically.

Date: 10/28/2021

Frances H. Stacy
United States Magistrate Judge
*Printed name and title*

City and state: Houston, TX

## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

1. I, Lauren Brister, being duly sworn, hereby depose and say:
   Affiant is a Postal Inspector (PI) with U.S Postal Inspection Service (USPIS) and has been so employed since June 2017. Affiant is currently assigned to the USPIS Mail Theft/Mail Fraud Team, which is tasked with the investigation of complex mail theft crimes, including but not limited to, mail theft, credit card fraud, money order fraud and identity theft. Affiant has gained experience in conducting such investigations through on the job training and participation in criminal investigations. Affiant has personally participated in investigations involving violations of federal law regarding mail theft and criminal groups that result from such unlawful activity. As Postal Inspector, Affiant is authorized to investigate violations of the United States and to seek forfeiture of property under authority of the United States.

2. The information set forth in this Affidavit is based upon Affiant's personal knowledge and/or information provided to Affiant by other law enforcement officers, fraud investigators, and other individuals the undersigned believes to be reliable and credible.

3. Because this Affidavit is being submitted for the limited purpose of supporting a criminal complaint, Affiant has not included each and every fact concerning this investigation. Affiant has set forth only the facts believed to establish probable cause that **Joshua Wayne Rundle** has committed violations of federal law.

4. Affiant submits this affidavit in support of a Criminal Complaint charging **Joshua Wayne Rundle** with the criminal offenses of Theft or Receipt of Stolen Mail Matter, 18 U.S. Code § 1708 and 18 U.S. Code § 1705 - Destruction of letter boxes or mail.

5. On September 7th, 2021, U.S. Postal Inspectors and Postal Police received a report of a P.O. box break in at the Anson Jones Post Office located at 634 W. Cavalcade St., Houston, TX, 77009. Employees at this Post Office reported that this was the second time the P.O. boxes had been broken into. The P.O. boxes were damaged and had to be replaced. A brief investigation and review of video surveillance yielded negative results. On September 13, 2021 Postal Police Officers conducted a Crime Prevention Patrol at the Anson Jones Post Office and observed P.O. boxes that appeared to have been recently broken in to. Inspector J. Taylor reviewed video surveillance footage from that day and observed a white male possibly in his late 30's with brown hair, a full beard, tattoos on his right arm, wearing a baseball cap, a black shirt, black shorts, and black shoes (later identified as Joshua Rundle) walk into the post office around 0004hrs. Rundle is shown breaking into multiple P.O. boxes using a small knife. Rundle takes mail out of the P.O. boxes and exists the post office.



6. On September 13, 2021 Postal Inspectors were notified of a P.O. box break in at the Alief Post Office located at 11936 Bellaire Blvd, Alief, TX 77411. Inspector N. Underhill reviewed video surveillance and observed a white male possibly in his late 30's with a full beard, baseball cap, short sleeve shirt, shorts, tattoos on his right arm, and carrying a small knife, enter the Post Office. Inspector Underhill and Inspector Taylor shared the video surveillance from the perspective post offices with the mail theft team of Inspectors for review and comparison. Based off training and on the job experience, Inspectors concluded that the individual from the Anson Jones Post Office P.O. box break ins and the Alief P.O. box break ins were the same person.



7. On September 22, 2021 Inspectors were notified of P.O. box break ins at the River Oaks Post Office located at 1900 W Gray St., Houston, TX, 77019. Employees at this Post Office reported that this was the second time the P.O. boxes had been broken into. Inspector L. Brister reviewed video surveillance (the video surveillance system displayed

the incorrect date of 04/03/2021 on the monitor but the actual recording date of the system was 09/19/2021) and observed that on September 19, 2021 a white male wearing a dark colored short sleeve shirt, shorts, a full beard, and tattoos on his right arm enter the Post Office around 3:15 am. The man resembled the same individual that Inspectors Taylor and Underhill observed at the Anson Jones Post Office and the Alief Post Office breaking into P.O. boxes. Inspectors determined that this was the same individual from video surveillance from those Post Offices. Several P.O. boxes at the River Oaks Post Office were damaged and mail was stolen out of those P.O. boxes.



8. On October 4, 2021 Inspector J. Taylor meet with Deputy J. Bowden of the Harris County Constable Precinct 1 to share case information. Deputy Bowden shared a picture of Joshua Rundle and stated that he has a warrant for burglary. Inspector Taylor observed that Rundle resembled the mail theft suspect from the P.O. box section break in Anson Jones Post Office, Alief Post Office, and River Oaks Post Office. Inspector Taylor was able to positively identify the mail theft suspect as Rundle using the photo from his Texas Driver's License obtained from the Texas Department of Public Safety, Driver License Image Retrieval System (a state-maintained database).

9. On October 7, 2021 Inspectors received a report of P.O. box breaks in at the Memorial Park Post Office located at 10505 Town and Country Way, Houston, TX 77024. Employees at this Post Office stated that the P.O. boxes had been broken into several times over the past few months. Inspector Brister reviewed video surveillance and observed that on September 5, 2021 Rundle entered the Post Office and left with mail.



10. On September 15, 2021 Inspectors were notified of P.O. box break ins at the Greenbriar Post Office located at 3740 Greenbriar Dr., Houston, TX 77098. Employees at this Post Office reported that the P.O. boxes had been broken into a few times before. Inspector Brister reviewed surveillance footage but was not able to observe anyone entering the Post Office or breaking into the P.O. boxes. The video surveillance did not capture the entry door the suspect used to gain entry to the building. Inspector Brister advised management at this Post Office to lock the entrance door that was not being monitored by video surveillance. On October 11, 2021 Inspectors were notified of another P.O. Box at Greenbriar Post Office. Inspector Brister reviewed video surveillance and observed that on October 10, 2021 Rundle entered that Post Office multiple times and left with mail.



11. On September 30, 2021 Inspectors were notified of P.O. box break ins at the Weslayan Post Office located at 5340 Weslayan St., Houston, TX 77005. Inspector Brister reviewed video surveillance and observed that on September 22, 2021 at approximately 1:57 am, Rundle entered the Post Office and broke into several P.O. Boxes using a metal tool. He took mail out of those P.O. boxes. One of the P.O. boxes Rundle broke in to belongs to Harris County District Attorney Kim Ogg.



12. On October 19, 2021 Inspectors were notified of P.O. box break ins at the Genoa Post Office located at 10935 Almeda Genoa Rd, Houston, TX 77034. Inspector Brister reviewed video surveillance and observed that on October 17, 2021 at approximately 10:30 pm, Rundle enters the Post Office. Rundle appears to be carrying a tool in his shorts. He then proceeds to take the tool out of his shorts and uses it to break into several P.O. boxes.



13. On October 22, 2021 Postal Inspectors were notified of P.O. box break ins at the Webster Post Office located at 1077 N. Texas Ave, Webster, TX 77598 and Weslayan Post Office located at 5340 Wesalyan St., Houston, TX 77005. Inspector N. Underhill reviewed video surveillance footage from October 22, 2021 at Webster Post Office and observed Rundle enter the Post Office and leave with stolen mail. Inspector Underhill also reviewed video surveillance footage from Weslayan Post Office for October 22, 2021. The video footage from this system did not produce a clear image of the individual entering the Post Office and breaking into the P.O. Boxes but the individual wore a plaid shirt and blue shorts similar to the clothing Rundle wore that same night while breaking into the P.O. boxes at Webster Post Office.



14. On October 26, 2021 Deputy J. Bowden Of the Harris County Constable Precinct 1 contacted Inspector J. Taylor to inform her that he received a tip on where mail theft suspect Joshua Rundle was living. Deputies found Rundle at the Oyo Hotel and Apartments located at 3101 Sage Rd., Houston, TX 77056 and arrested him for outstanding warrants. Deputies then transported Rundle to the Harris County Joint Processing Center (JPC) located at 700 N. San Jacinto St., Houston, TX 77002.

15. Inspectors Brister and Taylor traveled to the JPC to interview Rundle regarding the multiple P.O. box break ins at post offices in the Houston and greater Houston area. Inspectors read Rundle his rights per Miranda. Rundle stated that he understood his rights and waived his rights to have legal counsel present before questioning and signed the Postal Inspection Warning and Waiver of Rights form. Inspectors asked Rundle about his involvement in the P.O. box break ins at the post offices. Rundle stated that he would get high and break into P.O. boxes for the adrenaline rush. Rundle stated that he didn't think it was a big deal and that he never used any of the mail or paperwork he stole out of the P.O. boxes. Inspectors asked Rundle how long he had been breaking into P.O. boxes to which Rundle answered not long, maybe a month or so. Inspector Taylor showed Rundle several photos of himself taken from video surveillance of the multiple P.O. box break ins at the Anson Jones, Alief, River Oaks, Memorial Park, Greenbriar, Weslaya, Genoa, and Webster post offices. Rundle confirmed that he was the individual in the photos.

16. Based on the forgoing information, Affiant has reason to believe and does believe that, on or about September 22, 2021 through October 22, 2021, Joshua Wayne Rundle did commit the offenses of Theft or Receipt of Stolen Mail Matter, 18 U.S. Code § 1708, and Destruction of letter boxes and mail 18 U.S. Code § 1705.

*Lauren Brister*

Lauren Brister
U.S. Postal Inspector

Sworn and subscribed to me telephonically this 28th day of October 2021, and I find probable cause.

*Frances H. Stacy*

Frances H. Stacy
United States Magistrate Judge